UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEGUNDO MARIANO ALVARADO CARRERO,

          Petitioner,

    v.

WARDEN OF THE GOLDEN STATE ANNEX,

          Respondent.

No.  1:26-cv-02078-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND GRANTING REQUEST TO SEAL

(Doc. Nos. 9, 14)

Petitioner Segundo Mariano Alvarado Carrero is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 14.)  Specifically, the magistrate judge found that petitioner was previously detained by immigration authorities, was released on conditions by those authorities, and therefore had a protected liberty interest in his continued release.  (*Id.* at 1–2.)  Accordingly, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated his due process rights.  (*Id.* at 2.)  The pending findings and recommendations were served on the parties and

1

contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 2–3.) On April 15, 2026, respondent filed its objections to the pending findings and recommendations. (Doc. No. 15.) Respondent's objections are comprised of a single sentence stating that it objects to the findings and recommendations based on the same arguments raised in its previous briefing. (*Id.* at 1.) This does not provide a basis upon which to reject the pending findings and recommendations.

Additionally, on April 6, 2026, petitioner filed a notice of request to seal documents pursuant to Local Rule 141. (Doc. No. 9.) In that request to seal, petitioner seeks to: (1) file under seal Exhibit 3 to his first amended petition; and (2) redact personally identifying information appearing in several exhibits to his first amended petition. (*Id.* at 2–3.) As to the first request, because the court does not rely on Exhibit 3 in its decision, the request to seal that exhibit will be granted because the public interest in access to those materials is minimal. *Monterrosa v. City of Vallejo*, No. 2:20-cv-01563-DAD-SCR, 2025 WL 2694809, at *7 (E.D. Cal. Sept. 22, 2025). As to the latter request, the information sought to be redacted is personally identifying information of the kind that this court has previously ordered sealed on a *sua sponte* basis under the applicable compelling reasons standard. *Singh v. Bondi*, No. 1:26-cv-00789-DAD-CKD (HC), 2026 WL 849853, at *2 (E.D. Cal. Mar. 27, 2026). Accordingly, petitioner's request to seal will be granted in this regard as well.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on April 21, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Segundo Mariano Alvarado Carrero, A-File No. 240-851-061, on the same

2

conditions he was subject to immediately prior to his detention on January 25, 2026;

    b.    Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;

3.    The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility;

4.    Petitioner's request to seal documents (Doc. No. 9) is GRANTED as follows:

    a.    Within ten (10) days of the date of entry of this order, petitioner shall file Exhibit 3 to his first amended petition under seal;

    b.    Within ten (10) days of the date of entry of this order, petitioner shall file redacted versions of Exhibits 1, 4, 9, 10, and 11 to his first amended petition;

    c.    The Clerk of the Court is directed to place Exhibits 1, 4, 9, 10, and 11 to petitioner's first amended petition (Doc. Nos. 10-1, 10-4, 10-9, 10-10, 10-11) UNDER SEAL;  and

5.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2026**         _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE